NVB 10–2(a) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>STEVEN T. LIPPIA and LORI L. ANDERSEN–LIPPIA ,<br>Debtor(s) | BK−19−15506−mkn<br>CHAPTER 7<br><br>Adversary Proceeding: 19−01115−mkn |
| TRESONA MULTIMEDIA, LLC, et al,<br>Plaintiff(s)<br><br>vs<br><br>STEVEN THOMAS LIPPIA, et al,<br>Defendant(s) | AMENDED ORDER GRANTING<br>VERIFIED PETITION |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by LESLI M.H. SORENSEN is **GRANTED**.

Dated: 12/3/19

*Mary A Schott*

Mary A. Schott
Clerk of Court