| | |
|---|---|
| 1 | RYAN RAPP UNDERWOOD & PACHECO PLC |
| 2 | 3200 N. Central Avenue, Suite 2250 |
| 3 | Phoenix, Arizona 85012 |
| | (602) 280-1000 • (602) 265-1495 Fax |
| 4 | Lesli M. H. Sorensen, AZ State Bar No. 025770 |
| | lsorensen@rrulaw.com |
| 5 | *Attorney for Plaintiff Tresóna Multimedia, LLC* |
| | *(Admitted for this case)* |
| 6 | Devine Law Firm, PLLC |
| | 5940 South Rainbow Blvd |
| 7 | Las Vegas, NV 89118 |
| | (702)515-1500 • (702) 577-1934 Fax |
| 8 | William Devine II, Esq., |
| | NV Bar No. 10874 |
| 9 | william@devinelawfirm.com |
| | *Local Counsel/Attorneys for* |
| 10 | *Plaintiff Tresóna Multimedia, LLC* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | Case No. BK 19-15506-mkn |
| | Chapter 7 |
| STEPHEN THOMAS LIPPIA and LORI L. ANDERSEN-LIPPIA | Adversary No 19-01115-mkn |
| Debtors | **CORPORATE OWNERSHIP STATEMENT** |
| | **(RULE 7007.1)** |
| Tresóna Multimedia, LLC, an Arizona limited liability company, | |
| Plaintiff, | |
| v. | |
| STEVEN THOMAS LIPPIA and LORI L LIPPIA, a.k.a. Lori Andersen, a married couple dealing with their individual and community property, | |
| Defendants. | |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rules of Bankruptcy Procedure 7007.1 and Local Rule 7007.1, to enable the Judges to evaluate possible disqualification or recusal, the undersigned officer of Plaintiff <u>Tresona Multimedia LLC</u> in the above-captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns ten-percent (10%) or more of any class of the corporation's equity interest:

GREENBOOTH LLC
8703 E. Via De Viva
Scottsdale, AZ 85258
*Debtor's Parent Company*

DATED this 9th day of December, 2019.

**TRESONA MULTIMEDIA, LLC**

__/s/ Jann-Michael Greenburg_____
Jann-Michael Greenberg
VP of Business Affairs