**RYAN RAPP UNDERWOOD & PACHECO** PLC
3200 N. Central Avenue, Suite 2250
Phoenix, Arizona 85012
(602) 280-1000 • (602) 265-1495 Fax
Lesli M. H. Sorensen, AZ State Bar No. 025770
lsorensen@rrulaw.com
*Attorney for Plaintiff Tresóna Multimedia, LLC*
*(Admitted for this case)*

Devine Law Firm, PLLC
5940 South Rainbow Blvd
Las Vegas, NV  89118
(702)515-1500 • (702) 577-1934 Fax
William Devine II, Esq.,
NV Bar No. 10874
william@devinelawfirm.com
*Local Counsel/Attorneys for*
*Plaintiff Tresóna Multimedia, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. BK 19-15506-mkn |
| STEPHEN THOMAS LIPPIA and LORI L. ANDERSEN-LIPPIA | Chapter 7 |
| | Adversary No 19-01115-mkn |
| Debtors | **AMENDED CORPORATE OWNERSHIP STATEMENT** |
| | **(RULE 7007.1)** |
| Tresóna Multimedia, LLC, an Arizona limited liability company, | |
| Plaintiff, | |
| v. | |
| STEVEN THOMAS LIPPIA and LORI L LIPPIA, a.k.a. Lori Andersen, a married couple dealing with their individual and community property, | |
| Defendants. | |

**AMENDED CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rules of Bankruptcy Procedure 7007.1 and Local Rule 7007.1, to enable the Judges to evaluate possible disqualification or recusal, the undersigned officer of Plaintiff <u>Tresona Multimedia LLC</u> in the above-captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns ten-percent (10%) or more of any class of the corporation's equity interest:

GREENBOOTH LLC
8703 E. Via De Viva
Scottsdale, AZ 85258
*Plaintiff's Parent Company*

DATED this 10th day of December, 2019.

**TRESONA MULTIMEDIA, LLC**

__/s/ Jann-Michael Greenburg_____
Jann-Michael Greenberg
VP of Business Affairs